____ FILED   ___ ENTERED
____ LOGGED   _____ RECEIVED

2:44 pm, Feb 20 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **IN THE MATTER OF THE CRIMINAL COMPLAINT AND ARREST WARRANT FOR STEPHEN NICHOLAS WESTCOTT** | Case No. __25-mj-378-ADC__<br><br>**UNDER SEAL** |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Grace Meyer, being first duly sworn, hereby depose and state as follows:

### PURPOSE OF THE AFFIDAVIT

1. I make this affidavit in support of an application for a criminal complaint and arrest warrant charging **STEPHEN NICHOLAS WESTCOTT** ("**WESTCOTT**") with 18 U.S.C. § 2251(a) and (e) (sexual exploitation of children), 18 U.S.C. § 2252A(a)(2) (distribution of child pornography), and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography) (collectively the "**TARGET OFFENSES**"). Based on the facts set forth in this affidavit, there is probable cause to believe that **WESTCOTT** has committed the **TARGET OFFENSES**.

### AFFIANT BACKGROUND

2. I am a Special Agent of the FBI and have been so employed since February 2023. As such, I am an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Titles 18 and 21 of the United States Code. I am currently assigned to the FBI Child Exploitation and Human Trafficking Task Force in Baltimore, Maryland. I have duties that include investigations of federal violations concerning child pornography and the sexual exploitation of children. I have participated in the execution of multiple search warrants, which have resulted in the seizure of computers, cell phones, electronic media, and other items evidence violations of federal laws. I have also participated in the execution

of search warrants for online accounts, such as email accounts, online storage accounts, and other online communication accounts related to child exploitation and/or child pornography.

3. I have set forth only the facts I believe are necessary to establish probable cause for the warrant sought herein. The information contained in this affidavit is based upon my personal knowledge, my review of documents and official police reports provided by the Maryland State Police ("MSP"), my review of evidence, and my conversations with other law enforcement officers and other individuals.

## **PROBABLE CAUSE**

4. On March 28, 2023, the National Center for Missing and Exploited Children (NCMEC) sent MSP fifteen CyberTipline Reports[1] which were submitted by Discord, Inc. regarding the distribution of multiple images and videos of child pornography, on the Discord application.[2] Seven accounts, six of which had a variation of the name "Boys R Better," were identified in the fifteen CyberTipline Reports as the subject accounts. Further investigation resulted in the identification of **WESTCOTT** as the user of each of the seven subject accounts.

5. On November 21, 2024, MSP investigators executed a search and seizure warrant authorized by the Honorable Karen Ketterman, District Court Judge for Talbot County, for **WESTCOTT**'s residence, which was located at 12982 Augustine Herman Highway, Kennedyville, Maryland. **WESTCOTT** was present at the residence and determined to be the

---

[1] NCMEC's CyberTipline is a centralized reporting system for the online exploitation of children. Electronic service providers can make reports when they suspect individuals are using their platforms to distribute, receive, possess, or produce child pornography. NCMEC then provides the reports to the appropriate law enforcement agency for investigation.

[2] Discord is a communication platform that can be used for voice calls, video calls, text messages, and media sharing.

sole occupant of the residence. During the search, MSP located and seized various electronic devices and removable storage media believed to be used or owned by **WESTCOTT**, including an Apple iPhone 8 Plus.

      6.      On December 4, 2024, the Honorable John Nunn, District Court Judge for Talbot County, issued a search and seizure warrant for **WESTCOTT**'s Apple iPhone 8 Plus. MSP investigators consequently conducted a forensic extraction of the Apple iPhone 8 Plus and began examining the contents of the device. During their review of the device, MSP investigators located multiple video files which appeared to be filmed by **WESTCOTT** and depicted **WESTCOTT** sexually abusing a prepubescent male child, under the age of 5, who has been identified as Minor Victim 1. Minor Victim 1 is a resident of Cecil County, Maryland, and all of the abuse depicted in the video files occurred at Minor Victim 1's residence in Cecil County, Maryland. Minor Victim 1 is also a distant relative of **WESTCOTT**. Descriptions of the video files, which I have reviewed, are below:

      a.      Video file "IMG_0235.MOV" is a color video with audio approximately 1 minute and 10 seconds in length depicting Minor Victim 1 nude from the waist down. At the beginning of the video, Minor Victim 1 appears to address "Uncle Stephen" to which **WESTCOTT** responds "Hmm." Minor Victim 1 maneuvers down a wooden staircase and sits on a floor with his legs spread, fully exposing his genitals. The camera remains focused on Minor Victim 1's genitals as Minor Victim 1 plays with a toy. Minor Victim 1 then gets up and appears to turn off the lights. **WESTCOTT** can be heard saying "we need lights." Towards the end of the video, Minor Victim 1 can be heard saying "Uncle Stephen" a second time. **WESTCOTT** then responds. The video file was created on March 11, 2024.

b. Video file "IMG_0237.MOV" is a color video with audio approximately 6 seconds in length depicting Minor Victim 1 nude from the waist down. Minor Victim 1 is sitting on a floor with his legs spread, fully exposing his genitals. **WESTCOTT** touches Minor Victim 1's penis with his right hand. Minor Victim 1 says "ouch" then closes his legs quickly. **WESTCOTT** asks, "is it cold?" then says "sorry." The video file was created on March 11, 2024.

c. Video file "IMG_0238.MOV" is a color video with audio approximately 2 seconds in length depicting Minor Victim 1 nude from the waist down. Minor Victim 1 is sitting on a floor with his legs spread, fully exposing his genitals. Minor Victim 1 can be heard asking, "what are you doing?" as he closes his legs. The video file was created on March 11, 2024.

d. Video file "IMG_0380.MOV" is a color video with audio approximately 46 seconds in length depicting Minor Victim 1 nude from the waist down. The video begins with Minor Victim 1 playing with a toy while squatting on the floor, fully exposing his genitals. Minor Victim 1's pants and underwear can be seen on the floor next to Minor Victim 1. At approximately 10 seconds into the video, **WESTCOTT** can be heard saying "Can I check real quick?" Minor Victim 1 says "My butt? Not right now." **WESTCOTT** responds, "I'm just gonna look." The camera moves closer to focus on Minor Victim 1's genitals. **WESTCOTT** appears to place the camera down for several seconds and can be heard saying "let me see." At approximately 35 seconds into the video, **WESTCOTT** picks up the camera and films Minor Victim 1's anus and genitals. **WESTCOTT**'s left hand can be seen holding Minor Victim 1's buttocks. The video file was created on March 11, 2024.

e. Video file "IMG_386.MOV" is a color video with audio approximately 3 seconds in length depicting the anus and genitals of Minor Victim 1. The video was created on March 13, 2024.

   f. Video file "IMG_0467.MOV" is a color video approximately 39 seconds in length which begins by showing **WESTCOTT** using his finger to rub Minor Victim 1's anus. The video transitions to depict Minor Victim 1's pants being pulled down, exposing his genitals. Both Minor Victim 1 and **WESTCOTT** touch Minor Victim 1's penis. The video transitions a second time to depict Minor Victim 1's anus and **WESTCOTT** grabbing Minor Victim 1's buttocks. The camera then focuses on Minor Victim 1's penis and shows **WESTCOTT** touching Minor Victim 1's penis before Minor Victim 1 quickly closes his legs. The video transitions a third time to closely depict Minor Victim 1's penis. The video file was created on March 13, 2024.

   g. Video file "IMG_0471.MOV" is a color video approximately 16 seconds in length depicting Minor Victim 1's pants being pulled down, exposing his genitals. Both Minor Victim 1 and **WESTCOTT** touch Minor Victim 1's penis throughout the remainder of the video. The video file was created on March 13, 2024.

  7. Shortly after identifying Minor Victim 1, MSP investigators interviewed the mother of Minor Victim 1, who advised that **WESTCOTT** regularly visited Minor Victim 1's residence in Warwick, Maryland, between January 2024 and April 2024. Further, **WESTCOTT** was alone with Minor Victim 1 when he was at Minor Victim 1's residence. In April 2024, Minor Victim 1 disclosed to his mother that **WESTCOTT** had kissed his "wiener and butthole." From that point on, **WESTCOTT** was no longer allowed at Minor Victim 1's residence.

  8. On December 16, 2024, Minor Victim 1 was forensically interviewed at the Cecil County Child Advocacy Center. Minor Victim 1 made no disclosures during the interview.

  9. On February 13, 2025, an investigator with MSP provided me with a copy of the extraction of **WESTCOTT**'s Apple iPhone 8 Plus. On February 16, 2025, I began my review of the device. The telephone number associated with the device was 410-708-8764. The Apple ID

5

associated with the device was sunnyfieldsfarm@mail.com. I located multiple files on the devices which indicated **WESTCOTT** was the user and owner of the device, to include multiple images depicting **WESTCOTT**, multiple emails sent to sunnyfieldsfarm@mail.com that were addressed to "Stephen" or "Stephen Westcott;" and a video depicting a business receipt in the name of "Stephen Westcott" with address 12982 Augustine Herman Highway, Kennedyville, Maryland and cell phone number 410-708-8764.

10. In addition to the video files described above, I located chat conversations on **WESTCOTT**'s Apple iPhone 8 Plus between **WESTCOTT** and different individuals within the Telegram[3] and Discord applications. During these conversations, **WESTCOTT** discussed his abuse of Minor Victim 1 at Minor Victim 1's residence, his relationship to Minor Victim 1, and how he was no longer allowed to see Minor Victim 1 after Minor Victim 1 made certain statements. Portions of these chat conversations are transcribed below:

    a. From April 12, 2024 through April 15, 2024, **WESTCOTT**, using the Telegram account "BoysR Better", engaged in the following conversation with another user:

| | |
|---|---|
| Other User: | What happened? |
| Westcott: | I'll just say I was living the dream for a bit but something was said accidentally |
| Other User: | I need details plz ? |
| | don't leave me hanging |

---

[3] Telegram is a cloud-based messaging application that allows users to send messages, photos, videos, and files.

| | |
|---|---|
| Westcott: | Start a secret chat[4] and I'll give some details |
| | … |
| Other User: | U got ur hands on a little boy? |
| | Family member passed? |
| | Little confused here |
| Westcott: | That boy is everything to me and I hope to see him again because he really does love me but I'm not sure what will happen |
| | I'll tell details when I'm feeling a bit better really depressed and probably cry talking about it |
| Other User: | Sorry I pressed, u went mia and thought something really bad happened |
| Westcott: | Almost did |
| Other User: | Hope it worked it's self out in ur favor |
| Westcott: | Hopefully I just get to even hang out with him again |
| | Probably never get alone time with him though |
| Other User: | Hope u can again, just be careful, |
| | Think before u act |

---

[4] Telegram offers "secret chats" which use end-to-end encryption and are not saved on Telegram's servers. Secret chats can only be accessed on their devices of origin.

|  |  |
|---|---|
|  | I'm twice ur age, hopefully I can give a little wisdom, I've been around, world has changed in the past 20 years since I was last ur age |
| Westcott: | Yeah, it was partly my fault because I wasn't clear on what couldn't be said and I feel dumb for that everything was going good and I just assumed it would be ok |
| Other User: | Kids are dumb as fuck, and will say anything, not knowing if it should or not be said |
| Westcott: | I still love him more than anything

Ik, he never said anything for a long time so I thought he knew

…

Nothing will ever make me feel better except getting him back I'll never get another boy like him |
| Other User: | I hope u can and do

U didn't even say anything about it to me damn |
| Westcott: | He misses me and asks about me every day I wish they could just accept we love each other and make each other happy |
| Other User: | Age difference |
| Westcott: | There was nothing wrong about what we were doing I asked him permission |

|  |  |
|---|---|
|  | He just turned 4 |
|  | … |
| Westcott: | It's my cousin kid the one I was hanging out at his house all the time |
|  | Talking to him again but haven't said anything about the boy |

b. On July 9, 2024, **WESTCOTT**, using the Discord account "BoysRBetter", engaged in the following conversation with another user:

| | |
|---|---|
| Westcott: | I rubbed my dick on it one time after licking it and his hole was wet I pushed my tip against it and came so fast |
|  | His house is really big and nice has a basement with playrooms and everything |
| Other User: | Wow so much megas |
| Westcott: | After dinner we would run down there and I would suck his pp and lick his hole if he wanted |
| Other User: | What ur so lucky |
| Westcott: | We never had heaps of time because parents could come down |
|  | So it was always rushing and nervous |
|  | But so amazing |
|  | Then after we would cuddle under a blanket and play Xbox |
|  | Sometimes he would lay his head on my chest and we just hold each other |

9

|  |  |
|---|---|
|  | Never felt so comfortable and loved before |
|  | Losing all that has been hell |
|  | Was the only time I've ever been happy in life |
|  | I've only seen him 3 times in the last 6 months |
|  | And not for very long |
| Other User: | Aw sad |
| Westcott: | We were with each other almost every day |
|  | And I was part of the family |
| Other User: | Hope u can suck his dick soon bby |
|  | Was it a random family? |
| Westcott: | I would just be happy to be around him again |
|  | He makes me happy |
|  | His dad is kind of my cousin but by marriage and we're not really related |
|  | I never had a real family before and being with them made me feel so good |
| Other User: | Aw sad |

11.     I also located a chat conversation within the Telegram application on **WESTCOTT**'s Apple iPhone 8 Plus in which **WESTCOTT**, using the account "BoysR Better," sent another user three images depicting prepubescent children engaged in sexually explicit conduct, that is the lascivious exhibition of their genitals. **WESTCOTT** sent these images on August 20, 2024. Descriptions of these images are below:

      a.      Image file "secret-file-5920379226581635953-4.jpg" depicts a prepubescent male child lying on a bed. The child's underwear is pulled down to the middle of his thighs, fulling exposing his genitals.

      b.      Image file "secret-file-5918054485338363199-4.jpg" depicts a prepubescent male child who is nude from the waist down lying on the floor. The child is placing his hands on his buttocks and holding his legs up, fully exposing his genitals and anus.

      c.      Image file "secret-file-5918171115175285182-4.jpg" depicts a fully nude prepubescent male child who is lying on his back and sleeping. The child's legs are spread, fully exposing his genitals. The arm and knees of an adult male lying next to the child can be seen. The adult male's arm is placed under the child's buttocks, and the adult male is holding the child's thigh with his hand.

12.    Shortly after **WESTCOTT** sent the images, **WESTCOTT** and the other user exchanged the following messages:

    Other User:    Wow they are hot

    Westcott:    Yep cute boys

    Other User:    Where'd u get them they are hot

    Westcott:    Just the old ones I found

    Other User:    If there was a homeless boy by himself would u bring him home?

    Westcott:    Probably

13.    I also located multiple video files on **WESTCOTT**'s Apple iPhone 8 Plus which depicted the sexual abuse of children, to include prepubescent children. Two of these video files are described below:

    a. Video file "kid&old (1).mp4" is a color video approximately 2 minutes and 56 seconds in length depicting an adult male anally penetrating a prepubescent child with his erect penis. The child's pants are pulled down, and the child is lying face down. At approximately 1 minute into the video, the adult male spreads apart the buttocks of the child, fully exposing the child's anus. At approximately 1 minute and 19 seconds into the video, the camera shows the child's face, and the child appears to be sleeping. At approximately 2 minutes and 12 seconds into the video, the adult male ejaculates onto the child's buttocks. The adult male then rubs his penis on the child's buttocks. At approximately 2 minutes and 40 seconds into the video, the adult spreads apart the child's buttocks to fully expose the child's anus until the video ends. Throughout the video, the adult male periodically masturbates his erect penis.

    b. Video file "4yr boner.mp4" is a color video with audio approximately 1 minute in length depicting a prepubescent male child nude from the waist down. The child holds his own penis as an adult male rubs the child's nipple. At approximately 13 seconds, the video transitions to show a prepubescent male child kneeling in front of an adult male's erect penis. The child holds and places his mouth on the adult male's erect penis. The child, who is nude from the waist down, stands up, fully exposing his penis. Both the child and the adult male rub the child's penis with their hands. The child then places his hands on the adult male's erect penis, returns to a kneeling position, and rubs the adult male's erect penis.

### AUTHORIZATION REQUEST

  14. Based on the information provided above, I submit there is probable cause to believe **WESTCOTT** has committed violations of 18 U.S.C. § 2251(a) and (e) (sexual exploitation of children), 18 U.S.C. § 2252A(a)(2) (distribution of child pornography), and 18 U.S.C. §

2252A(a)(5)(B) (possession of child pornography). Accordingly, I request that a criminal complaint and an arrest warrant be issued.

Respectfully submitted,

*Grace E. Meyer*

Special Agent Grace Meyer
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 this  20th  day of February 2025.

*A. David Copperthite*

The Hon. A. David Copperthite
United States Magistrate Judge